UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD.,<br><br>Plaintiff,<br><br>v.<br><br>FEWSTONE PTY LTD.,<br><br>Defendant. | Case No. 19-cv-06332-SI<br><br>**JUDGMENT** |

This action was dismissed without leave to amend for lack of personal jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 19, 2020

_____
SUSAN ILLSTON
United States District Judge